**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY YIUN, <br>     Plaintiff(s), <br> v. <br> SOO MI KIM, et al., <br>     Defendant(s). | Case No. 2:19-cv-02522-R-E <br><br> **ORDER OF DISMISSAL** <br> **BY LACK OF PROSECUTION** |

Plaintiff was ordered to show cause in writing by not later than **July 22, 2019** why this action should not be dismissed for lack of prosecution;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: July 26, 2019

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE